1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   CRAFTSHACK, INC.                    )    Case No. CV 24-0472-DMG (PVCx)
                                         )
12                   Plaintiff,          )    **JUDGMENT**
                                         )
13           v.                          )
                                         )
14   CRITICAL TELEPHONE                  )
                                         )
15   APPLICATIONS, INC. *(d/b/a*         )
                                         )
16   *"BottlecAPPS")*                    )
                                         )
17                   Defendant.          )
                                         )
18   _____       )
19
20
21
22
23
24
25
26
27
28

This Court, having received the notice of settlement between Plaintiff CraftShack, Inc. and Defendant Critical Telephone Applications, Inc. (d/b/a "BottlecAPPS") (collectively, "the Parties"), and having approved the Parties' joint stipulation for entry of judgment against BottlecAPPS, by Order dated June 11, 2025,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of CraftShack and against BottlecAPPS for CraftShack's claims of copyright infringement of the Subject Photographs, in the amount of $26,658.35. This Judgment amount is inclusive of costs, but is not inclusive of attorneys' fees that will be the subject of a future fee motion.

DATED: June 11, 2025

_____
DOLLY M. GEE
Chief United States District Judge