

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CRAFTSHACK, INC.,

     Plaintiff,

v.

CRITICAL TELEPHONE APPLICATIONS, INC. (d/b/a "BottlecAPPs"),

     Defendant.

No. CV 24-00472-DMG (PVCx)

**AMENDED JUDGMENT**

This Court, having received the notice of settlement between Plaintiff Craftshack, Inc. and Defendant Critical Telephone Applications, Inc. (d/b/a "BottlecAPPs") (collectively, "the Parties"), and having approved the Parties' joint stipulation for entry of judgment against BottlecAPPs by Order dated June 11, 2025 [Doc. # 99];

And this Court having entered Judgment on June 11, 2025 in favor of Craftshack, Inc. and against BottlecAPPs for Craftshack's claims of copyright infringement of the Subject Photographs, in the amount of $26,658.35, inclusive of costs, but not inclusive of attorneys' fees which were the subject of a fee motion [Doc. # 100];

And this Court having granted in part and denied in part Craftshack, Inc.'s Motion for Attorneys' Fees, wherein Craftshack, Inc. was awarded $193,427.20 in attorneys' fees on August 13, 2025 [Doc. # 116];

The Judgment filed and entered on June 11, 2025 [Doc. # 100] is amended as follows:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that an amended judgment is entered in favor of Craftshack, Inc. and against BottlecAPPs for Craftshack's claims of copyright infringement of the Subject Photographs, in the amount of **$220,085.55**, reflecting the stipulated judgment amount of $26,658.35 [Doc. # 99] and attorneys' fees in the amount of $193,427.20 [Doc. # 116].

DATED:  January 16, 2026

_____
DOLLY M. GEE
Chief United States District Judge